**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **PREMIER LABORATORY SERVICES L L C** | **CASE NO. 6:26-CV-01627** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **MICHAEL KOTLER** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's Motion to Transfer Venue (Rec. Doc. 6) is hereby GRANTED. This matter shall be transferred to the United States District Court for the Eastern District of Louisiana for referral to the United States Bankruptcy Court for the Eastern District of Louisiana.

Signed at Lafayette, Louisiana, this 24th day of August, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE